**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **GWENDOLYN BROWN** | **CIVIL DOCKET NO. 3:22-CV-04539** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **AMERICAN MODERN PROPERTY & CASUALTY INSURANCE COMPANY, ET AL** | **MAGISTRATE JUDGE KATHLEEN KAY** |

## JUDGMENT

For the reasons stated in the REPORT AND RECOMMENDATION [Doc. 16] of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the REPORT AND RECOMMENDATION in the record;

IT IS HEREBY ORDERED that Plaintiff's VOLUNTARY MOTION TO DISMISS [Doc. 15] be GRANTED and this case is DISMISSED WITHOUT PREJUDICE.

THUS, DONE AND SIGNED in Chambers on this 26TH day of June, 2023.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE